COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Ex parte Richard Vincent Letizia

Appellate case number:      01-16-00808-CR

Trial court case number:    2112524A

Trial court:                County Criminal Court at Law No. 10 of Harris County

Appellant, Richard Vincent Letizia, has filed a notice of appeal of the trial court's order denying his application for a writ of habeas corpus. The Court has determined that it will consider briefing in this appeal. *See* TEX. R. APP. P. 31.1. Appellant's brief was due to be filed on November 28, 2016.

Appellant has filed a motion requesting an extension of 120 days, or until March 28, 2017, to file his brief. The motion is **granted in part**. Appellant's brief will be due no later than **February 27, 2017**. *See* TEX. R. APP. P. 31.2; 38.6(d). **No further extensions will be granted.**

It is so ORDERED.

Judge's signature:  /s/ <u>Russell Lloyd</u>
                    ☑ Acting individually

Date: <u>December 6, 2016</u>